**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re:  ROSE, GENE                                §   Case No. 17-30192
                                                  §
                                                  §
                                                  §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/09/2017. The undersigned trustee was appointed on 10/09/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          3,764.64

    Funds were disbursed in the following amounts:

    Payments made under an
      interim distribution                                         0.00
    Administrative expenses                                      390.90
    Bank service fees                                             65.00
    Other payments to creditors                                    0.00
    Non-estate funds paid to 3rd Parties                           0.00
    Exemptions paid to the debtor                                  0.00
    Other payments to the debtor                                   0.00

    Leaving a balance on hand of[1]              $          3,308.74

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/10/2018 and the deadline for filing governmental claims was 04/10/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $941.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $311.28, for a total compensation of $311.28[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2018                    By: /s/ Eugene Crane
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 17-30192 | | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|---|
| Case Name: | ROSE, GENE | | Date Filed (f) or Converted (c): | 10/09/2017 (f) |
| | | | § 341(a) Meeting Date: | 11/14/2017 |
| For Period Ending: | 10/16/2018 | | Claims Bar Date: | 04/10/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3369 Western, Park Forest, IL 60466-0000, Cook C<br>Imported from original petition Doc# 10; Exemption: 3369 Western Park Forest, IL 60466 Cook County - Amount: 15000.00 | 19,300.00 | 4,300.00 | | 0.00 | FA |
| 2 | 69 RW Bedford Tract Vincent #9, Shelby Operating<br>Imported from original petition Doc# 10 | 150.00 | 150.00 | | 950.00 | FA |
| 3 | 69 RW Bedford Tract Vincent A G A #13, Shelby Op<br>Imported from original petition Doc# 10 | 20.00 | 20.00 | | 950.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 10 | 250.00 | 250.00 | | 0.00 | FA |
| 5 | Checking: Chase Bank<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Savings: Wells Fargo Bank<br>Imported from original petition Doc# 10; Exemption: Savings: Wells Fargo Bank - Amount: 15.00 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Wells Fargo Bank<br>Imported from original petition Doc# 10; Exemption: Checking: Wells Fargo Bank - Amount: 1002.77 | 1,158.39 | 155.62 | | 0.00 | FA |
| 8 | Sofa, Arm Chair, Coffee Table, End Tables, China<br>Imported from original petition Doc# 10 | 750.00 | 750.00 | | 0.00 | FA |
| 9 | 2 Television Sets, DVD Player, Computer, Printer<br>Imported from original petition Doc# 10 | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Books & Family Pictures<br>Imported from original petition Doc# 10; Exemption: Books & Family Pictures - Amount: 15.00 | 15.00 | 0.00 | | 0.00 | FA |
| 11 | 25 Music CD's<br>Imported from original petition Doc# 10 | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Necessary Wearing Apparel<br>Imported from original petition Doc# 10; Exemption: Necessary Wearing Apparel - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Watch<br>Imported from original petition Doc# 10 | 100.00 | 100.00 | | 0.00 | FA |
| 14 | Bicycle and Golf Clubs<br>Imported from original petition Doc# 10 | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: Term Life Insurance Polic<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 17-30192 | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|
| Case Name: | ROSE, GENE | Date Filed (f) or Converted (c): | 10/09/2017 (f) |
| | | § 341(a) Meeting Date: | 11/14/2017 |
| For Period Ending: | 10/16/2018 | Claims Bar Date: | 04/10/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 401 (k): Wells Fargo Advisors/Compass Group<br>Imported from original petition Doc# 10; Exemption: 401 (k): Wells Fargo Advisors/Compass Group  -  Amount: 98202.00 | 98,202.00 | 0.00 | | 0.00 | FA |
| 17 | Mutual Funds with Northern Trust Securities, Inc<br>Imported from original petition Doc# 10; Exemption: Mutual Funds with Northern Trust Securities, Inc.  -  Amount: 1994.23 | 1,994.23 | 0.00 | | 0.00 | FA |
| 18 | Anticipated 2017 Federal Income Tax Refund: Fede<br>Imported from original petition Doc# 10; Exemption: Federal: Anticipated 2017 Federal Income Tax Refund  -  Amount: 988.00 | 988.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 Toyota Sequoia, 215,000 miles. Entire prope<br>Imported from original petition Doc# 10; Exemption: 2003 Toyota Sequoia 215,000 miles  -  Amount: 2400.00 | 1,600.00 | 0.00 | | 0.00 | FA |
| 20 | 2006 Acura MDX, 125,000 miles. Entire property v<br>Imported from original petition Doc# 10; Lien: Reference No. 2.1, Account No. 1171<br>Pronto Prestamos<br>1750 Todd Farm Drive, Elgin, IL 60123  -  Amount: 8655.00 | 6,350.00 | 0.00 | | 0.00 | FA |
| 21 | Accumulated Royalties from oil/gas well leases held by Shelby Operating Co. (u)<br>Oil/gas well leases generating royalties:<br>AG Vincent gas unit I #8 oil well<br>AG Vincent gas unit I #9 oil well<br>AG Vincent gas unit I #10 gas well<br>AG Vincent gas unit I #12 gas well<br>AG Vincent gas unit I #13  oil well | 0.00 | 1,800.00 | | 1,864.64 | FA |
| 21 | **Assets Totals (Excluding unknown values)** | **$131,892.62** | **$8,225.62** | | **$3,764.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/02: Trustee spoke with atty for probate estate of Debtor; only asset is a house that was sold; will see if all proceeds should be turned over to estate (dk)
04/01: Online auction to sell oil leases  will be held until 04/09 (dk)
03/08: Rec'd check for prior royalties held by Shelby Operating Co. (dk)
02/15: Ltr sent to probate atty, where is the will, inventory and heirship papers?(dk)
02/14/18: Filed MT to Sell Mineral Rights/Set Internet Auction Procedures. Hearing on 03/08, J-Thorne (dk)
01/05/18: Initial Report of Assets filed (dk)
11/23/2017: Debtor passed away; will check if he has a probate estate (dk)
11/17: LTR sent to Shelby Operating Co. regarding Debtor's interest in two oil wells (dk)

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/31/2019

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-30192 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ROSE, GENE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9529 | Account #: | ******0800 Checking |
| For Period Ending: | 10/16/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/18 | {21} | Shelby Operating Company Revenue Account | Turnover of accrued royalties from gas and oil well leases | 1223-000 | 1,864.64 | | 1,864.64 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,854.64 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,844.64 |
| 05/07/18 | | BKAssets com LLC | Gross Proceeds from auction sale of oil-gas leases per court order dated 03/08/2018 | | 1,900.00 | | 3,744.64 |
| | {2} | | Gas-oil lease $950.00 | 1110-000 | | | 3,744.64 |
| | {3} | | Gas-oil lease $950.00 | 1110-000 | | | 3,744.64 |
| 05/08/18 | 101 | BKAssets.com LLC | Auctioneer Commission and Expenses per Court Auction Sale Order entered on 03/08/2018 | | | 390.90 | 3,353.74 |
| | | | Commission of online Auctioneer $170.00 | 3630-000 | | | 3,353.74 |
| | | | Expenses of Online Auctioneer $220.90 | 3640-000 | | | 3,353.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,343.74 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,333.74 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,323.74 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,313.74 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,308.74 |
| | | **COLUMN TOTALS** | | | 3,764.64 | 455.90 | $3,308.74 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 3,764.64 | 455.90 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,764.64** | **$455.90** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30192 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | ROSE, GENE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9529 | **Account #:** | ******0800 Checking |
| **For Period Ending:** | 10/16/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,764.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,764.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0800 Checking | $3,764.64 | $455.90 | $3,308.74 |
| | **$3,764.64** | **$455.90** | **$3,308.74** |

UST Form 101-7-TFR (5/1/2011)

Printed: 10/16/2018 2:51 PM

Page: 1

## Exhibit C

## Claims Proposed Distribution Register

**Case: 17-30192 ROSE, GENE**

**Case Balance:** $3,308.74     **Total Proposed Payment:** $3,308.74     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Crane, Simon, Clar & Dan | Admin Ch. 7 | $194.46 | $194.46 | $0.00 | $194.46 | $194.46 | $3,114.28 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Eugene Crane | Admin Ch. 7 | $941.16 | $941.16 | $0.00 | $941.16 | $311.28 | $2,803.00 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Crane, Simon, Clar & Dan | Admin Ch. 7 | $8,475.00 | $8,475.00 | $0.00 | $8,475.00 | $2,803.00 | $0.00 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Discover Bank Discover Products Inc | Unsecured | $1,532.94 | $1,532.94 | $0.00 | $1,532.94 | $0.00 | $0.00 |
| 2 | U.S. Bank National Association Bankruptcy Department | Unsecured | $3,845.85 | $3,845.85 | $0.00 | $3,845.85 | $0.00 | $0.00 |
|  | **Total for Case:** | **17-30192** | $14,989.41 | $14,989.41 | $0.00 | $14,989.41 | $3,308.74 | |

Printed: 10/16/2018 12:51 PM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

### Case: 17-30192 ROSE, GENE

**Case Balance:** $3,308.74    **Total Proposed Payment:** $3,308.74    **Remaining Balance:** $0.00

## CASE SUMMARY

|   | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $9,610.62 | $9,610.62 | $0.00 | $3,308.74 | 34.43% |
| **Total Secured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Unsecured Claims:** | $5,378.79 | $5,378.79 | $0.00 | $0.00 | 0.00% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-30192
Case Name: GENE ROSE
Trustee Name: Eugene Crane

**Balance on hand:**   $            3,308.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                       $   3,308.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eugene Crane | 941.16 | 0.00 | 311.28 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 8,475.00 | 0.00 | 2,803.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 194.46 | 0.00 | 194.46 |

Total to be paid for chapter 7 administrative expenses:   $   3,308.74
Remaining balance:                                         $       0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:                                             $   0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,378.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 1,532.94 | 0.00 | 0.00 |
| 2 | U.S. Bank National Association Bankruptcy Department | 3,845.85 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**