**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

| | | |
|---|---|---|
| In re: ROSE, GENE | § | Case No. 17-30192 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $131,722.62 *(without deducting any secured claims)* | | Assets Exempt: $119,917.00 |
| Total Distributions to Claimants: $0.00 | | Claims Discharged Without Payment: $14,380.95 |
| Total Expenses of Administration: $3,764.64 | | |

3) Total gross receipts of $3,764.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,764.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,655.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,066.52 | $10,066.52 | $3,764.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $16,553.16 | $5,378.79 | $5,378.79 | $0.00 |
| **TOTAL DISBURSEMENTS** | $25,208.16 | $15,445.31 | $15,445.31 | $3,764.64 |

4) This case was originally filed under chapter 7 on 10/09/2017.  The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2019                         By: /s/ Eugene Crane
                                                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accumulated Royalties from oil/gas well leases held by Shelby Operating Co. | 1223-000 | $1,864.64 |
| 69 RW Bedford Tract Vincent #9, Shelby Operating | 1110-000 | $950.00 |
| 69 RW Bedford Tract Vincent A G A #13, Shelby Op | 1110-000 | $950.00 |
| TOTAL GROSS RECEIPTS | | $3,764.64 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Pronto Prestamos | 4210-000 | $8,655.00 | NA | NA | NA |
| | TOTAL SECURED | | $8,655.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eugene Crane | 2100-000 | NA | $941.16 | $941.16 | $311.28 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $8,475.00 | $8,475.00 | $2,803.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $194.46 | $194.46 | $194.46 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $65.00 | $65.00 | $65.00 |
| On-line Auctioneer/Liquidator for Trustee Fees - BKAssets.com LLC | 3630-000 | NA | $170.00 | $170.00 | $170.00 |
| On-line Auctioneer/Liquidator for Trustee Expenses - BKAssets.com LLC | 3640-000 | NA | $220.90 | $220.90 | $220.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,066.52 | $10,066.52 | $3,764.64 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $1,466.00 | $1,532.94 | $1,532.94 | $0.00 |
| 2 | U.S. Bank National Association Bankruptcy Department | 7100-000 | $6,085.00 | $3,845.85 | $3,845.85 | $0.00 |
| N/F | 1C Systems | 7100-000 | $77.00 | NA | NA | NA |
| N/F | Bank America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $186.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $175.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $8,487.00 | NA | NA | NA |
| N/F | Citimortgage Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Real Time Resolutions | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Seterus Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stillman Law office, LLC | 7100-000 | $77.16 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$16,553.16** | **$5,378.79** | **$5,378.79** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-30192  
Case Name: ROSE, GENE  
For Period Ending: 01/02/2019

Trustee Name: (330350) Eugene Crane  
Date Filed (f) or Converted (c): 10/09/2017 (f)  
§ 341(a) Meeting Date: 11/14/2017  
Claims Bar Date: 04/10/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3369 Western, Park Forest, IL 60466-0000, Cook C<br>Imported from original petition Doc# 10; Exemption: 3369 Western Park Forest, IL 60466 Cook County - Amount: 15000.00 | 19,300.00 | 4,300.00 | | 0.00 | FA |
| 2 | 69 RW Bedford Tract Vincent #9, Shelby Operating<br>Imported from original petition Doc# 10 | 150.00 | 150.00 | | 950.00 | FA |
| 3 | 69 RW Bedford Tract Vincent A G A #13, Shelby Op<br>Imported from original petition Doc# 10 | 20.00 | 20.00 | | 950.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 10 | 250.00 | 250.00 | | 0.00 | FA |
| 5 | Checking: Chase Bank<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Savings: Wells Fargo Bank<br>Imported from original petition Doc# 10; Exemption: Savings: Wells Fargo Bank - Amount: 15.00 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Wells Fargo Bank<br>Imported from original petition Doc# 10; Exemption: Checking: Wells Fargo Bank - Amount: 1002.77 | 1,158.39 | 155.62 | | 0.00 | FA |
| 8 | Sofa, Arm Chair, Coffee Table, End Tables, China<br>Imported from original petition Doc# 10 | 750.00 | 750.00 | | 0.00 | FA |
| 9 | 2 Television Sets, DVD Player, Computer, Printer<br>Imported from original petition Doc# 10 | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Books & Family Pictures<br>Imported from original petition Doc# 10; Exemption: Books & Family Pictures - Amount: 15.00 | 15.00 | 0.00 | | 0.00 | FA |
| 11 | 25 Music CD's<br>Imported from original petition Doc# 10 | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Necessary Wearing Apparel<br>Imported from original petition Doc# 10; Exemption: Necessary Wearing Apparel - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Watch<br>Imported from original petition Doc# 10 | 100.00 | 100.00 | | 0.00 | FA |
| 14 | Bicycle and Golf Clubs<br>Imported from original petition Doc# 10 | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: Term Life Insurance Polic<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 17-30192
Case Name: ROSE, GENE
For Period Ending: 01/02/2019

Trustee Name: (330350) Eugene Crane
Date Filed (f) or Converted (c): 10/09/2017 (f)
§ 341(a) Meeting Date: 11/14/2017
Claims Bar Date: 04/10/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 401 (k): Wells Fargo Advisors/Compass Group<br>Imported from original petition Doc# 10; Exemption: 401 (k): Wells Fargo Advisors/Compass Group - Amount: 98202.00 | 98,202.00 | 0.00 | | 0.00 | FA |
| 17 | Mutual Funds with Northern Trust Securities, Inc<br>Imported from original petition Doc# 10; Exemption: Mutual Funds with Northern Trust Securities, Inc. - Amount: 1994.23 | 1,994.23 | 0.00 | | 0.00 | FA |
| 18 | Anticipated 2017 Federal Income Tax Refund: Fede<br>Imported from original petition Doc# 10; Exemption: Federal: Anticipated 2017 Federal Income Tax Refund - Amount: 988.00 | 988.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 Toyota Sequoia, 215,000 miles. Entire prope<br>Imported from original petition Doc# 10; Exemption: 2003 Toyota Sequoia 215,000 miles - Amount: 2400.00 | 1,600.00 | 0.00 | | 0.00 | FA |
| 20 | 2006 Acura MDX, 125,000 miles. Entire property v<br>Imported from original petition Doc# 10; Lien: Reference No. 2.1, Account No. 1171<br>Pronto Prestamos<br>1750 Todd Farm Drive, Elgin, IL 60123 - Amount: 8655.00 | 6,350.00 | 0.00 | | 0.00 | FA |
| 21 | Accumulated Royalties from oil/gas well leases held by Shelby Operating Co. (u)<br>Oil/gas well leases generating royalties:<br>AG Vincent gas unit I #8 oil well<br>AG Vincent gas unit I #9 oil well<br>AG Vincent gas unit I #10 gas well<br>AG Vincent gas unit I #12 gas well<br>AG Vincent gas unit I #13 oil well | 0.00 | 1,800.00 | | 1,864.64 | FA |
| 21 | **Assets Totals (Excluding unknown values)** | **$131,892.62** | **$8,225.62** | | **$3,764.64** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 17-30192  
**Case Name:** ROSE, GENE  

**For Period Ending:** 01/02/2019

**Trustee Name:** (330350) Eugene Crane  
**Date Filed (f) or Converted (c):** 10/09/2017 (f)  
**§ 341(a) Meeting Date:** 11/14/2017  
**Claims Bar Date:** 04/10/2018

**Major Activities Affecting Case Closing:**

11/06: TFR was filed; Final hearing on 12/11 at 10am J-Thorne (dk)  
10/18: TFR submitted to UST (dk)  
10/01: It was determined that the expenses and exemptions were more than the receipts from assets of the probate estate. Therefore there is no value for the bankruptcy estate (dk)  
07/02: Trustee spoke with atty for probate estate of Debtor; only asset is a house that was sold; will see if all proceeds should be turned over to estate (dk)  
04/01: Online auction to sell oil leases will be held until 04/09 (dk)  
03/08: Rec'd check for prior royalties held by Shelby Operating Co. (dk)  
02/15: Ltr sent to probate atty, where is the will, inventory and heirship papers?(dk)  
02/14/18: Filed MT to Sell Mineral Rights/Set Internet Auction Procedures. Hearing on 03/08, J-Thorne (dk)  
01/05/18: Initial Report of Assets filed (dk)  
11/23/2017: Debtor passed away; will check if he has a probate estate (dk)  
11/17: LTR sent to Shelby Operating Co. regarding Debtor's interest in two oil wells (dk)

**Initial Projected Date Of Final Report (TFR):** 12/31/2019   **Current Projected Date Of Final Report (TFR):** 11/01/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-30192 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ROSE, GENE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9529 | Account #: | ******0800 Checking |
| For Period Ending: | 01/02/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/18 | {21} | Shelby Operating Company Revenue Account | Turnover of accrued royalties from gas and oil well leases | 1223-000 | 1,864.64 | | 1,864.64 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,854.64 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,844.64 |
| 05/07/18 | | BKAssets com LLC | Gross Proceeds from auction sale of oil-gas leases per court order dated 03/08/2018 | | 1,900.00 | | 3,744.64 |
| | {2} | | Gas-oil lease $950.00 | 1110-000 | | | 3,744.64 |
| | {3} | | Gas-oil lease $950.00 | 1110-000 | | | 3,744.64 |
| 05/08/18 | 101 | BKAssets.com LLC | Auctioneer Commission and Expenses per Court Auction Sale Order entered on 03/08/2018 | | | 390.90 | 3,353.74 |
| | | | Commission of online Auctioneer $170.00 | 3630-000 | | | 3,353.74 |
| | | | Expenses of Online Auctioneer $220.90 | 3640-000 | | | 3,353.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,343.74 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,333.74 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,323.74 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,313.74 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,308.74 |
| 12/11/18 | 102 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $194.46; Attorney for Trustee Expenses | 3120-000 | | 194.46 | 3,114.28 |
| 12/11/18 | 103 | Eugene Crane | Distribution payment - Dividend paid at 33.07% of $941.16; TRUSTEE COMPENSATION | 2100-000 | | 311.28 | 2,803.00 |
| 12/11/18 | 104 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 33.07% of $8,475.00; Attorney for Trustee Fees | 3110-000 | | 2,803.00 | 0.00 |
| | | | **Page Subtotals:** | | **$3,764.64** | **$3,764.64** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-30192 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ROSE, GENE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9529 | Account #: | ******0800 Checking |
| For Period Ending: | 01/02/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 3,764.64 | 3,764.64 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 3,764.64 | 3,764.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,764.64** | **$3,764.64** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**                                        *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30192 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | ROSE, GENE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9529 | **Account #:** | ******0800 Checking |
| **For Period Ending:** | 01/02/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,764.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,764.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0800 Checking | $3,764.64 | $3,764.64 | $0.00 |
| | **$3,764.64** | **$3,764.64** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)